UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRUSTEES OF SHEET METAL WORKERS LOCAL NO. 110 HEALTH FUND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:21-cv-02983-RLY-TAB ) |
| HILTON VENTILATION & INDUSTRIAL COMPANY, LLC, | ) ) ) |
| Defendant. | ) |

## CLERK'S ENTRY OF DEFAULT

The defendant, having failed to plead or otherwise defend as provided in the Federal Rules of Civil Procedure, and such appearing by the Return of Service that the defendant was properly served on December 16, 2021 and the time within which the defendant was given to answer or otherwise respond to the complaint has now expired, default is hereby entered against defendant **HILTON VENTILATION & INDUSTRIAL COMPANY, LLC**, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Date: January 20, 2022

CLERK OF COURT, Roger A.G. Sharpe

BY: _____
*Deputy Clerk*

Distribution:

Thomas Reed Kendall
LEDBETTER PARISI LLC
tkendall@fringebenefitlaw.com