IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
AT INDIANAPOLIS

| | |
|---|---|
| TRUSTEES OF SHEET METAL WORKERS LOCAL NO. 110 HEALTH FUND<br><br>    Plaintiffs,<br><br>-vs-<br><br>HILTON VENTILATION & INDUSTRIAL COMPANY, LLC,<br><br>    Defendant. | CASE NO. 1:21-cv-2983 |

**NOTICE OF DISMISSAL**

Plaintiffs, the Trustees of the Sheet Metal Workers Local No. 110 Health Fund, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), provide notice of the dismissal of this matter, without prejudice.

Respectfully submitted,

LEDBETTER PARISI LLC

/s/ Thomas R. Kendall
Thomas R. Kendall (IN #26859-15)
5078 Wooster Road, Suite 400
Cincinnati, OH 45226
(937) 619-0900 (ph)
(937) 619-0999 (fax)
tkendall@fringebenefitlaw.com
*Attorney for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I certify that I have served the foregoing by United States Postal Service upon the following:

Hilton Ventilation & Industrial Company, LLC
Attn: Jason Hilton
240 Robert Curry Drive
Martinsville, IN 46151

      /s/ Thomas R. Kendall_____